# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| TAMMY RICHARDSON, | : | Case No. 1:14-cv-584 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| PETERMAN/DURHAM, | : | |
| | : | |
| Defendant. | : | |

### DECISION AND ENTRY ADOPTING
### THE REPORT AND RECOMMENDATION OF THE
### UNITED STATES MAGISTRATE JUDGE (Doc. 4)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio, Western Division, to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on July 23, 2014, submitted a Report and Recommendation.  (Doc. 4).  Plaintiff did not file objections.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the relevant filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 4) is hereby **ADOPTED**;

2. Plaintiff's Complaint (Doc. 3) is **DISMISSED** without prejudice for failure to state a claim; and

3. The Clerk shall enter judgment accordingly, whereupon this case is **CLOSED** in this Court.

    **IT IS SO ORDERED**.

Date: 8/14/14

*/s/ Timothy S. Black*
Timothy S. Black
United States District Judge